UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DALONTE DAVEL CARTER,
   a/k/a "Tall Folks,"

        **INDICTMENT**

        Defendant.

_____/

The Grand Jury charges:

## COUNT 1
**(Felon in Possession of a Firearm)**

On or about May 1, 2024, in Berrien County, in the Southern Division of the Western District of Michigan,

DALONTE DAVEL CARTER, a/k/a "Tall Folks,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Glock 22, .40 caliber semi-automatic pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## COUNT 2
**(Felon in Possession of a Firearm)**

On or about July 2, 2024, in Berrien County, in the Southern Division of the Western District of Michigan,

DALONTE DAVEL CARTER, a/k/a "Tall Folks,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Kimber Micro .380 caliber semi-automatic pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## **FORFEITURE ALLEGATION**

The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of an offense in violation of 18 U.S.C. § 922(g)(1), as set forth in Counts 1 and 2 of this Indictment, Defendant,

DALONTE DAVEL CARTER, a/k/a "Tall Folks,"

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense. The property to be forfeited includes, but is not limited to:

Count 1:

    i.    Glock 22, .40 caliber semi-automatic pistol (SN: BVVA654)

    ii.    One associated magazine

    iii.    25 rounds of .40 caliber ammunition

Count 2:

    i.    Kimber Micro .380 caliber pistol (SN: P0099651)

    ii.    One associated magazine

    iii.    Four (4) rounds of Norma .380 caliber ammunition

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
LATOYIA T. CARPENTER
Assistant United States Attorney

4